IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONNIE JAMES BETTIS,            )<br>                                 )<br>    Plaintiff,                  )<br>                                 )<br>    v.                           )<br>                                 )<br>SHERIFF DENNIS MEEKS, in         )<br>his personal and                 )<br>representative capacity,         )<br>and NURSE DIANNE WILLIAMS,       )<br>in her personal and              )<br>representative capacity,         )<br>                                 )<br>    Defendants.                  ) | CIVIL ACTION NO.<br>2:14cv881-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging the adequacy of the medical care he received in Covington County's jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted.  There are no objections to the recommendation.  After an independent and de novo review of the record, and based on the lack of

objection to the recommendation, the court concludes that the magistrate judge's recommendation should be adopted, except that costs will not be taxed against the plaintiff.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2017.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE