IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RONNIE JAMES BETTIS,              )<br>                                 )<br>     Plaintiff,                   )<br>                                 )<br>     v.                          )<br>                                 )<br>SHERIFF DENNIS MEEKS, in   )<br>his personal and             )<br>representative capacity,   )<br>and NURSE DIANNE WILLIAMS, )<br>in her personal and          )<br>representative capacity,   )<br>                                 )<br>     Defendants.                 ) | CIVIL ACTION NO.<br>2:14cv881-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 32) is adopted except with regard to taxation of costs.

(2) Defendants' motion for summary judgment (doc. no. 23) is granted.

(3) Judgment is entered in favor of defendants and

against plaintiff, with plaintiff taking nothing by his

complaint.

    (4) No costs are taxed.

    The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

    This case is closed.

    DONE, this the 31st day of January, 2017.

                                   /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE